IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KEN CRITTENDEN                                                                                                    PLAINTIFF(S)

V.                                                          CIVIL ACTION NO. 1:22-CV-101-DAS

MISSISSIPPI FRANCHISE DEVELOPMENT, LLC                                       DEFENDANT(S)

### ORDER GRANTING MOTION

The motion to substitute the party defendant is granted. Mississippi Franchise Development, LLC is substituted as the defendant in this action and the style of the case amended as set forth above. The motion for an extension of time for the defendant to respond is likewise granted.

**IT IS ORDERED** as follows:

1. Mississippi franchise development, LLC, is substituted as the defendant in this action. The clerk of the court is directed to make the appropriate change to the docket.

2. The defendant shall file its answer or other to the plaintiff's complaint not later than November 7, 2022.

**SO ORDERED** this the 17th day of October, 2022.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**